# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:18-CR-28 |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **GREGORY A. JACKSON**, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of motion (Doc. 22) to suppress evidence and statements by defendant Gregory Jackson, and the parties' respective briefs in support of and opposition to said motion, (Docs. 23, 27), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 22) to suppress is DENIED.

    /S/ CHRISTOPHER C. CONNER
    Christopher C. Conner, Chief Judge
    United States District Court
    Middle District of Pennsylvania